AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

36 C.F.R. § 1002.31(a)(2) -
Tampering (Class B Misdemeanor)

E-filing

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
6 months jail
$5,000 fine
$10 special assessment fee

— DEFENDANT - U.S. —

▶ MICHAEL S. PENDERGAST

DISTRICT COURT NUMBER

MAG

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  WENDY THOMAS

— DEFENDANT —

IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )  No. CR 08 0145 MAG
13 |     Plaintiff,                   )
                                      )  VIOLATION(S): 36 CFR 1002.31(a)(2) --
                                      )  Tampering (Class B Misdemeanor)
14 |  v.                              )
                                      )  SAN FRANCISCO VENUE
15 | MICHAEL S. PENDERGAST            )
                                      )
16 |     Defendant.                   )
                                      )
17 |_____   )
18
19                    INFORMATION
20 The United States Attorney charges:
21   On or about November 13, 2005, in the Northern District of California, while within
22 boundaries of an area under the exclusive jurisdiction of the United States and administered by
23 the Presidio Trust, the defendant,
24                 MICHAEL S. PENDERGAST,
25 did tamper with property not under the defendant's lawful control and possession, to wit: a
26 //
27 //
28 //

INFORMATION

1  "master lock" from a government utility pole, in violation of 36 CFR 1002.31(a)(2), a Class B
2  Misdemeanor.
3
4
5  DATED: March 6, 2008          JOSEPH P. RUSSONIELLO
                                 United States Attorney
6
7                                /s/ Kyle F. Waldinger
                                 _____
8                                KYLE F. WALDINGER
                                 Deputy Chief, Major Crimes Section
9
10 (Approved as to form: /s/ Wendy Thomas )
                                 WENDY THOMAS
11                               Special Assistant U.S. Attorney

INFORMATION                      -2-

Location: CN22 Citation: P5004143 SIDE: A

New Citation Search  New Hearing Search

**United States District Court Violation Notice**

CVB Location Code: CN-22 (PRESIDIO) / CN-20 (GGNRA) Circle One

Violation Number: P 5004143
Officer Name (Print): Polianos
Officer No: 324

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11-13-05  1540
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 1002.31(a)(2)

Place of Offense: North of Bldg. 1801 Wedemeyer St.

Offense Description: Tampering

**DEFENDANT INFORMATION**  Phone (415) 240-9228

Last Name: Pendergast
First Name: Michael
MI: S.
Street Address: 1625 Polk St. apt. 4
City: San Francisco
State: CA
Zip Code: 94109
Date of Birth (mm/dd/yyyy): 04-20-60
Drivers License No: ID# B8736286
DL State: CA
Social Security No: 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
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: Brn   Eyes: Blu   Height: 6'0   Weight: 170

**VEHICLE DESCRIPTION** VIN:
Tag No | State | Year | Make/Model | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ NA   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Duty Magistrate
450 Golden Gate Ave 15th Floor
San Francisco, California

Date (mm/dd/yyyy): TBA
Time (hh:mm): TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

Location: CN22 Citation: P5004143 SIDE: B

New Citation Search  New Hearing Search

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **11-13**, 20 **05** while exercising my duties as a law enforcement officer in the **Northern** District of **California**

I observed a W/M, later identified as Michael S. Pendergast CAID # B8736286 holding and cleaning a Masterlock next to a government utility pole in a wooded area North of Bldg. 1801 Wedemeyer St.

I contacted Pendergast, identified myself as a police officer and asked what he was doing. Pendergast said he was cleaning a lock he had taken off the government utility pole. I advised him that the lock was government property and he was tampering.

Pendergast told me he was a scrapper and was in the area to access underground cables.

I issued this mvn for violation of 36 CFR 1002.31 (A)(2) Tampering.

The foregoing statement is based upon
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on **11-14-2005**   S. Fujima #324
       Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
       Date (mm/dd/yyyy)   U S Magistrate Judge