IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

2008 MAR 12 PM 2:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

**MAGISTRATE JUDGE** Joseph C. Spero                **COURT DEPUTY**: Karen Hom

**DATE**: March 12, 2008                             **COURT REPORTER**: Lydia Zinn

**CASE NO.** CR 08-00145-1

**NAME:**    USA v. MICHAEL S. PENDERGAST

**TIME:** 10:38 AM to 11:08 AM

**Total Time: 27 mins**

**COUNSEL FOR GOVERNMENT:**                          **COUNSEL FOR DEFENDANT:**
Wendy Thomas                                         Michael S. Pendergast, pro se.
Adam Maldonado, Law Clerk

**PROCEEDINGS**:

1. Arraignment on Class B Misdemeanor Information. Dft advised of rights and charges.

2. Petty Offense Bench Trial. Gov't witness Steven Polianos. Gov't rested. Dft Pendergast testified. Cross-exam by Adam Maldonado of Mr. Pendergast. Gov't closing statement.

3. Dft's Oral Motion for Return of Property (Exhibit 3) - GRANTED.


**EXHIBITS:** 1, 2 and 3.


**ORDERED AFTER THE HEARING:**

Dft found not guilty. Court will retain the Evidence Control receipt as Exhibit 3, but not the actual tools. Property was returned to Defendant. Defendant and Officer Polianos signed the Evidence Control Receipt as having received his returned property.


**JUDGMENT:** For Defendant.

cc: KLH, JCS