UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. **CR08-045 JCS**   DATE **3/12/08**

**USA** vs. **Michael S. Pendergast**

( X ) PLAINTIFF   EXHIBIT LIST   ( ) DEFENDANT

**FILED**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| EXHIBIT NUMBER | DATE Marked for Identification | Admitted Evidence | DESCRIPTION |
|---|---|---|---|
| 1 | X | 3/12/08 | Pictures of Metal Covering |
| 2 | X | 3/12/08 | Pictures of Utility Poles |
| 3 | X | 3/12/8 | Evidence/Control Receipt & Paper bag containing D's tools. |